In the Matter of BEN MILLER, Appellant, against ARTHUR W. WALLANDER, as Police Commissioner of the City of New York, Respondent.

Submitted May 19, 1947; decided May 22, 1947.

*Sydney Rosenthal* and *Benjamin J. Jacobson* for motion.
*Charles E. Murphy, Corporation Counsel (Seymour B. Quel* and *Henry J. Shields* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless, within fifteen days, all papers required by rule 21, subdivision (b) of the Rules of the Court of Appeals are filed.